AO 94 (Rev. 06/09) Commitment to Another District

United States District Court
Southern District of Texas

**RECEIVED**

July 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____pg_____
DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

**ENTERED**

July 07, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § § § § | **1:26-cr-00317-DAE** |
| *versus* | § § | Case No. 4:26–mj–00441 |
| David Perkins | § § § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **WDTX, Austin division, in 1:26cr317 (charging District's case number).**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 7, 2026

_____
Richard W. Bennett
United States Magistrate Judge

12

CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: <u>4:26–mj–00441</u> All Defendants
# *Internal Use Only*

Case title: USA v. Perkins

Date Filed: 07/07/2026

Other court case number:   1:26cr317 Western District of Texas (Austin)

Date Terminated: 07/08/2026

Assigned to: Magistrate Judge
Richard W Bennett

### Defendant (1)

**David Perkins**
*TERMINATED: 07/08/2026*

represented by **Federal Public Defender – Houston**
440 Louisiana
Ste 1350
Houston, TX 77002
713–718–4600
Fax: 713–718–4610
Email: hou_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18 USC 922(g)(1) – Felon in Unlawful Possession of a Firearm | |

1

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2026 | 1 | Indictment – Western District of Texas, Austin Division as to David Perkins, filed. (anc4) (Entered: 07/07/2026) |
| 07/07/2026 | | Arrest (Rule 40) of David Perkins, filed. (anc4) (Entered: 07/07/2026) |
| 07/07/2026 | 2 | Arrest Warrant issued 6/16/2026; Returned Executed on 7/7/2026 as to David Perkins. Defendant was arrested in Bellville, TX. Document restricted from PACER under privacy policy., filed. (anc4) (Entered: 07/07/2026) |
| 07/07/2026 | | Set Hearing as to David Perkins: Initial Appearance – Rule 40 set for 7/7/2026 at 02:00 PM in Courtroom 700 before Magistrate Judge Richard W Bennett (anc4) (Entered: 07/07/2026) |
| 07/07/2026 | | Minute Entry for proceedings held before Magistrate Judge Richard W Bennett: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to David Perkins held on 7/7/2026. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. Defendant ordered removed to originating district. Deft WAIVED Identity hearing and will have Detention Hearing in Austin. Appearances:AUSA Michael Chu, FPD Ryan Rones, US Probation: L. Fermin.(Digital # 2:13–2:21PM)(ERO:Yes) (Interpreter:No) Deft remanded to Custody, filed. (svj4) (Entered: 07/07/2026) |
| 07/07/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. Federal Public Defender – Houston for David Perkins ( Signed by Magistrate Judge Richard W Bennett) Parties notified. (svj4) (Entered: 07/07/2026) |
| 07/07/2026 | 4 | BRADY ORDER on Rule 5(f) as to David Perkins ( Signed by Magistrate Judge Richard W Bennett) Parties notified. (svj4) (Entered: 07/07/2026) |
| 07/07/2026 | 5 | WAIVER of Rule 5 & 5.1 Hearings by David Perkins, filed. (svj4) (Entered: 07/07/2026) |
| 07/07/2026 | 6 | COMMITMENT TO ANOTHER DISTRICT as to David Perkins. Defendant committed to the WDTX. ( Signed by Magistrate Judge Richard W Bennett) Parties notified. (svj4) (Entered: 07/07/2026) |
| 07/07/2026 | 7 | Sealed Financial Affidavit CJA 23 by David Perkins, filed. (Entered: 07/08/2026) |
| 07/08/2026 | | RULE 5 Papers sent via email to WDTX Division as to David Perkins, filed. (svj4) (Entered: 07/08/2026) |

2

**FILED**

June 16, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____kk_____

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v<br><br>**DAVID PERKINS**<br>            **Defendant** | CRIMINAL NO.  **1:26-CR-00317-DAE**<br><br><u>INDICTMENT</u><br><br>[Ct. 1: 18 U.S.C. § 922(g)(1)<br>Possession of Firearm by a Felon]<br><br>**Notice of Government's Demand for Forfeiture** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Possession of a Firearm by a Felon
[18 U.S.C. §922(g)(1)]

On or about April 13, 2026, in the Western District of Texas, the Defendant,

**DAVID PERKINS,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess a firearm, namely a Glock, model 19, 9mm caliber pistol, which

had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT – DAVID PERKINS                                                    Page 1/2

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Firearms Violation and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth above, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

1.  Glock model 19, 9mm caliber pistol, serial # BNZB575; and
2.  Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: BRANDY N. GANN
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT – DAVID PERKINS

Page 2/2

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:46972852@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00441 USA v. Perkins Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2026 at 9:55 AM CDT and filed on 7/7/2026

**Case Name:**          USA v. Perkins

**Case Number:**        <u>4:26–mj–00441</u>

**Filer:**

**Document Number:**  No document attached

**Docket Text:**
 **Arrest (Rule 40) of David Perkins, filed. (anc4)**


**4:26–mj–00441–1 Notice has been electronically mailed to:**

**4:26–mj–00441–1 Notice has not been electronically mailed to:**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.   1:26-CR-00317-DAE |
| David Perkins | | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   David Perkins                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1 -- 18 USC 922(g)(1) – Felon in Unlawful Possession of a Firearm.

Date:   6/16/2026

City and state:   Austin, TX

_____
Issuing officer's signature

Dustin M. Howell, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  6/16/26          , and the person was arrested on *(date)*  7/7/26
at *(city and state)*   Bellville, TX          .

Date:   7/7/26

_____
*Arresting officer's signature*

Zach Smith   ATF
*Printed name and title*

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:46972901@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00441 USA v. Perkins Set/Reset Deadlines/Hearings
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2026 at 9:57 AM CDT and filed on 7/7/2026

**Case Name:**        USA v. Perkins

**Case Number:**      4:26–mj–00441

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Set Hearing as to David Perkins: Initial Appearance – Rule 40 set for 7/7/2026 at 02:00 PM in Courtroom 700 before Magistrate Judge Richard W Bennett (anc4)**

**4:26–mj–00441–1 Notice has been electronically mailed to:**

**4:26–mj–00441–1 Notice has not been electronically mailed to:**

7

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:46985681@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00441 USA v. Perkins Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 7/7/2026 at 7:45 PM CDT and filed on 7/7/2026

| | |
|---|---|
| **Case Name:** | USA v. Perkins |
| **Case Number:** | 4:26–mj–00441 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held before Magistrate Judge Richard W Bennett: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to David Perkins held on 7/7/2026. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. Defendant ordered removed to originating district. Deft WAIVED Identity hearing and will have Detention Hearing in Austin. Appearances:AUSA Michael Chu, FPD Ryan Rones, US Probation: L. Fermin.(Digital # 2:13–2:21PM)(ERO:Yes) (Interpreter:No) Deft remanded to Custody, filed. (svj4)**

**4:26–mj–00441–1 Notice has been electronically mailed to:**

**4:26–mj–00441–1 Notice has not been electronically mailed to:**

United States District Court
Southern District of Texas

**ENTERED**

July 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 4:26–mj–00441 |
| | § | |
| | § | |
| David Perkins | § | |
| | § | |

# Order Appointing Counsel

Because the above named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above designated case.

Signed on July 7, 2026.

Richard W. Bennett
United States Magistrate Judge

9

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 4:26–mj–00441 |
| | § | |
| | § | |
| David Perkins | § | |
| | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on July 7, 2026.

Richard W. Bennett
United States Magistrate Judge

10

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| David Perkins | ) ) ) | |
| _____ | ) | Charging District's Case No. 1:26-cR-317 |
| Defendant | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* W. D. Tex.

_____.

I have been informed of the charges and of my rights to:

    (1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

    (2)     an identity hearing to determine whether I am the person named in the charges;

    (3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

    (4)     a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

    (5)     a hearing on any motion by the government for detention;

    (6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

    ☑     an identity hearing and production of the warrant.

    ☐     a preliminary hearing.

    ☐     a detention hearing.

    ☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/7/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ryan Rones
_____
*Printed name of defendant's attorney*

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org)
--Non Case Participants:
--No Notice Sent:

Message-Id:46987470@txs.uscourts.gov
Subject:Activity in Case 4:26-mj-00441 USA v. Perkins Rule 5 Papers Sent
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 7/8/2026 at 9:26 AM CDT and filed on 7/8/2026

**Case Name:**      USA v. Perkins

**Case Number:**      <u>4:26–mj–00441</u>

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **RULE 5 Papers sent via email to WDTX Division as to David Perkins, filed. (svj4)**

**4:26–mj–00441–1 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

**4:26–mj–00441–1 Notice has not been electronically mailed to:**