**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | **1-26-CR317** |
| | § § | |
| **DAVID PERKINS** | § § | |

## ENTRY OF APPEARANCE OF COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

☑    I wish to enter my appearance as *retained* counsel for the above-named Defendant(s) in this cause.  I understand that it is my duty to continue to represent the above-named Defendant (s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the Defendant(s) with any appeal which the Defendant(s) desires to perfect, and to represent the Defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

I hereby certify that I am admitted to practice in this court.

Date:  7.13.2026

/s/Jorge W. Sanchez
*Signature of Attorney*

00788807
*Attorney Bar Number*

605 West Oltorf Street Austin, TX 78704
*Address*
512-297-9000
*Telephone (including area code)*

512-447-1475
*Fax (including area code)*

attyjorge@gmail.com
Email

**CERTIFICATE OF SERVICE**

I hereby certify that on the **13th** day of **July 2026**, I electronically filed the foregoing with the Clerk of the Court using the ***CM/ECF*** system, which will send notification to the Assistant United States Attorney assigned to this case.

/s/ Jorge W. Sanchez
Jorge W. Sanchez